UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZACHARIAH ASHLAND,

    Plaintiff,

vs                                      Civil Action No. 1:11-cv-532

CINCINNATI STATE TECHNICAL        Judge Timothy S. Black
AND COMMUNITY COLLEGE,

    Defendant.

## CONDITIONAL ORDER OF DISMISSAL

    The Court having been advised by Magistrate Judge Bowman that this civil action has been settled;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

Date: 12/16/11

                                                         Timothy S. Black
                                                         United States District Judge